RIVIERE
*vs.*
Ross.

would have been necessarily called upon to enable the corporate chest to perform the work. If a drain is now to be dug by the city, such of those persons who are still living, and the descendants of the others, must put their hands into their pockets, to do that once more which has already been done at their cost.

THE act of 1811, *c.* 6, directing a new trial in all cases in which the court are divided: the motion was set down for argument, at the next term.

———●✻●———

### RIVIERE vs. ROSS.

No summary relief against a sheriff, who does not pay over money levied.

THE defendant, being Sheriff of the county, had a writ of execution directed to him.

*Seghers*, for the plaintiff, suggesting that the money was paid, moved that a rule to shew cause might issue against the defendant, who had failed to pay it over, and judgment be entered.

*By the Court.* If he has made no return, we will amerce him for the neglect. If the money be in his hands, the party entitled thereto must, after demand made, put his bond in suit.

MOTION OVERRULED.